No. 90–8238.  PIERCE *v.* NEWHART ET AL.  C. A. 4th Cir. Certiorari denied.

No. 90–8239.  SIMON *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 90–8240.  CHENAULT *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO, ET AL.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 90–8241.  AIKEN *v.* BLODGETT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 90–8242.  AVERITT *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–8243.  ENGLEHART *v.* READER, JUDGE, COURT OF COMMON PLEAS, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–8244.  BORDERS *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 90–8245.  GRIGSBY *v.* ESTELLE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–8246.  BETTS *v.* RICHARDS ET AL.  Ct. App. Kan.  Certiorari denied.

No. 90–8247.  DURHAM *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 90–8248.  ALLEN *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 90–8249.  KRISHNAN *v.* DEPARTMENT OF THE ARMY.  C. A. Fed. Cir.  Certiorari denied.

No. 90–8250.  JACKSON *v.* CLEVELAND STATE UNIVERSITY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–8251.  JELICIC *v.* HARTFORD INSURANCE GROUP.  C. A. 9th Cir.  Certiorari denied.